IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV217

| | |
|---|---|
| WB MUSIC CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FIESTA AZTECA, INC., and ) | |
| PEDRO CESAR SANTILLAN, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Plaintiffs' Motion for Entry of Default Against Fiesta Azteca, Inc. and to Strike Answer. Both Defendants were served on July 9, 2008. Defendant Santillan filed and served his Answer on July 28, 2008, but Defendant Fiesta Azteca, Inc. did not file a separate Answer. Defendant Santillan, who is appearing *pro se*, has responded to Plaintiffs' motion indicating that he was unaware that he could not appear and file an answer on behalf of Fiesta Azteca, Inc. Defendant Santillan has requested thirty days to retain counsel for Defendant Fiesta Azteca, Inc.

IT IS THEREFORE ORDERED that Plaintiffs' motion is held in abeyance for thirty days during which time Defendant Fiesta Azteca, Inc. may seek to retain counsel to appear and file an answer on its behalf.

Signed: October 31, 2008

Graham C. Mullen
United States District Judge